**Vivien NEWTON, Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA, Defendant–Appellee.**

**No. 01–2366.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 21, 2002.

Vivien Newton, Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Vivien Newton appeals from the district court's order denying leave to proceed in forma pauperis. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Newton v. Commonwealth of Virginia,* No. MISC–01–23 (E.D. Va. filed Oct. 26, 2001; entered Nov. 7, 2001). We deny Newton's motion to proceed in forma pauperis on appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*